**FILED**

May 30, 2012

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,      )<br>                                                        )<br>         Plaintiff,                              )<br>v.                                                    )<br>                                                        )<br>ROBERT EDWARD MULREADY, )<br>                                                        )<br>         Defendant.                          ) | Case No. 2:12-mj-00134-EFB<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release ROBERT EDWARD MULREADY, Case No. 2:12-mj-00134-EFB from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

___ Release on Personal Recognizance

_X_ Bail Posted in the Sum of: <u>All available equity in subject properties.</u>

___ Co-Signed Unsecured Appearance Bond

_X_ Secured Appearance Bond

_X_ (Other) <u>Conditions as stated on the record.</u>

___ (Other)

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at <u>Sacramento, CA</u> on <u>5/30/2012</u> at _3:45 p.m._

By _____

Edmund F. Brennan
United States Magistrate Judge