**FILED**

JUN 0 4 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
                    DEPUTY CLERK

1 | BENJAMIN B. WAGNER
United States Attorney
2 | TODD A. PICKLES
Assistant United States Attorneys
3 | 501 I Street, Suite 10-100
Sacramento, CA  95814
4 | Telephone:  (916) 554-2700
Facsimile:  (916) 554-2900

5

6 | Attorneys for UNITED STATES OF AMERICA

7

8 | IN THE UNITED STATES DISTRICT COURT

9 | EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,                    CASE NO. 2:12-mj-00134 EFB

12 |                          Plaintiff,          **STIPULATION AND PROPOSED**
                                                  **ORDER TO CONTINUE**
13 | v.                                           **PRELIMINARY HEARING AND**
                                                  **FOR EXCLUSION OF TIME**
14 | ROBERT EDWARD MULREADY,
                                                  **[18 U.S.C. § 3161]**
15 |                          Defendant.

16

17

18 |        IT IS HEREBY STIPULATED by and between Assistant United States Attorney Todd

19 | Pickles, counsel for the plaintiff United States of America, and defendant Robert Edward Mulready,

20 | by and through his counsel Donald Heller, Esq., that good cause exists to extend the preliminary

21 | hearing currently set for June 11, 2012, at 2:00 p.m. to July 2, 2012, at 2:00 p.m. pursuant to Federal

22 | Rule of Criminal Procedure 5.1(d).

23 |        Good cause exists to extend the time for the preliminary hearing within meaning of Rule

24 | 5.1(d) because discovery has and will be provided to the defense and counsel for defendant will need

25 | time to review the materials.  The United States represents that there is a significant amount of

26 | additional discoverable material from three search warrants served at locations alleged to be

27 | associated with the defendant that will need to be examined by defense counsel.  As a result, the

28 | defendant agrees that a continuance of the preliminary hearing date will not prejudice him as it will

Stipulation and [Proposed] Order to Continue
Preliminary Hearing and For Exclusion of Time

1  allow his counsel the opportunity to understand the nature and scope of the evidence in this case in

2  order to prepare an effective defense.  Defendant is out of custody.

3  Counsel further stipulate that an exclusion of time from June 11, 2011, to July 2, 2012, is

4  appropriate under the Speedy Trial Act because the United States has and will be providing pre-

5  indictment discovery and defense counsel will need time to obtain and review that discovery.  As a

6  result, counsel for both parties stipulate that the ends of justice are served by the Court excluding

7  such time and outweigh each defendant's interest in a speedy trial, as well as the public's interest in

8  a speedy trial, so that counsel for each defendant may have reasonable time necessary for effective

9  preparation, taking into account the exercise of due diligence under 18 U.S.C.

10  § 3161(h)(7)(B)(iv).  Therefore, time should be excluded from computation under the Speedy Trial

11  under 18 U.S.C. § 3161(h)(7)(A) (Local Code T4).

12

13  DATED: June 4, 2011                                    BENJAMIN B. WAGNER
                                                                       United States Attorney
14
                                                                       */s/ Todd Pickles*
15                                                                     TODD A. PICKLES
                                                                       Assistant U.S. Attorney
16

17
     DATED: June 4, 2011
18
                                                                       */s/ Todd Pickles for*
19                                                                     DONALD HELLER
                                                                       Counsel for defendant Robert MULREADY
20

21

22

23

24

25

26

27

28

1

## [PROPOSED] ORDER

2    Based upon the representations by counsel and the stipulation of the parties, IT IS HEREBY

3 ORDERED that:

4    1.    The Court finds good cause to extend the Preliminary Hearing currently set for June

5 11, 2011, to July 2, 2012, at 2:00 p.m., before Magistrate Judge Kendall J. Newman, pursuant to

6 Federal Rule of Criminal Procedure 5.1(d); and

7    2.    Based upon the above representations and stipulation of the parties, the Court further

8 finds that the ends of justice outweigh the best interest of the public and each defendant in a speedy

9 trial. Accordingly, time under the Speedy Trial Act shall be excluded through July 2, 2012, pursuant

10 to 18 U.S.C. § 3161(h)(7)(A) (Local Code T4).

11    IT IS SO ORDERED.

12 DATED: **6/4/12**

_____
DALE A. DROZD
United States Magistrate Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28